PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
California State Bar No. 263027
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8963
    Facsimile: (415) 744-0134
    E-Mail: Sharon.Lahey@ssa.com

ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NAOMI CORDER, <br><br> Plaintiff, <br><br> vs. <br><br> CAROLYN W. COLVIN, Acting Commissioner Of Social Security, <br><br> Defendant. | CIVIL NO. 2:16-cv-01969-KJN (SS) <br><br> STIPULATION AND ~~PROPOSED~~ ORDER FOR DEFENDANT'S FIRST EXTENSION OF TIME TO RESPOND TO COMPLAINT AND SERVE A CERTIFIED COPY OF THE TRANSCRIPT OF THE ADMINISTRATIVE RECORD |

    IT IS HEREBY STIPULATED, by and between Naomi Corder (Plaintiff) and Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant or the Commissioner), by and through their respective counsel of record, that Defendant shall have an extension of time of 30 days to respond to the complaint filed in the above-captioned matter (Docket Number 1) and serve a certified copy of the transcript of the administrative record pursuant to the Court's August 22, 2016 Procedural Order for Social Security Review Actions (Docket Number 5). The current deadline is November 29, 2016, and the new deadline will be December 29, 2016. This is the first extension of time requested in the above-

captioned matter.  Defendant requests this additional time due to an inter-agency delay in finalizing the certified administrative record for service.

                                                  Respectfully submitted,

Dated: November 22, 2016                PETER BRIXIE
                                                  Attorney At Law


                                                By:  /s/ *Peter Brixie**
                                                PETER BRIXIE
                                                (*As authorized by email on November 22, 2016)
                                                Attorneys for Plaintiff

Dated: November 22, 2016                PHILLIP A. TALBERT
                                                  United States Attorney


                                                By:  /s/ *Sharon Lahey*
                                                SHARON LAHEY
                                                Special Assistant U. S. Attorney
                                                Attorneys for Defendant


### **ORDER**

     Good cause appearing, pursuant to stipulation, IT IS SO ORDERED.  Defendant shall respond to the Complaint For Review of the Final Decision of the Social Security and serve a certified copy of the transcript of the administrative record on or before December 29, 2016.


     Dated:  November 23, 2016

                                                                                   KENDALL J. NEWMAN
                                                                                   UNITED STATES MAGISTRATE JUDGE