PETER E. BRIXIE, S.B.#124186
Attorney at Law
410 Twelfth Street, Suite One
Sacramento, CA 95814
Telephone: (916) 658-1880
Facsimile: (916) 658-1884
Email: peterbrixie@gmail.com

**Attorney for NAOMI CORDER**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOMI CORDER, <br><br>Plaintiff, <br><br>vs. <br><br>COMMISSIONER OF SOCIAL SECURITY, <br><br>Defendant | CASE NO.:   2:16-CV-01969-KJN <br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of March 13, 2017.  I have two other motion summary judgments due on the same day as well as six hearings this month. The extension is needed due to press of business in plaintiff's attorney's office.

STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION

1. This is the 1st request for extension by plaintiff.

Dated: 02/08/17                          /s/ *Peter Brixie*
                                         PETER BRIXIE
                                         Attorney at Law
                                         Attorney for Plaintiff


Dated: 02/08/17                          /s/ Sharon Lahey
                                         SHARON LAHEY
                                         Special Assistant U. S. Attorney
                                         Attorney for Defendant


__ooo__

APPROVED AND SO ORDERED

Dated:  February 13, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION