1  PETER E. BRIXIE, S.B.#124186
   Attorney at Law
2  410 Twelfth Street, Suite One
   Sacramento, CA 95814
3  Telephone: (916) 658-1880
   Facsimile: (916) 658-1884
4  Email: peterbrixie@gmail.com

6  **Attorney for NAOMI CORDER**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOMI CORDER, | CASE NO.:   2:16-CV-01969-KJN |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of April 13, 2017.  I have another motion summary judgments due on the same day as well as ten hearings this month. The extension is needed due to press of business in plaintiff's attorney's office.

STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION

1  This is the 2nd request for extension by plaintiff.

2

3  Dated: 03/09/17                                    /s/ *Peter Brixie*
                                                       PETER BRIXIE
4                                                      Attorney at Law
                                                       Attorney for Plaintiff
5

6

7  Dated: 03/09/17                                    /s/ Sharon Lahey
                                                       SHARON LAHEY
8                                                      Special Assistant U. S. Attorney
                                                       Attorney for Defendant
9

10                              __ooo__

11                       APPROVED AND SO ORDERED

12

13  Dated:  March 10, 2017

14                                              _____
                                                KENDALL J. NEWMAN
15                                              UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28
    STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION